UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

IN RE WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION : 21 MC 102 (AKH)

-----------------------------------------------------------------X

FRANK HARVEY (AND WIFE, NANCY HARVEY), : 08-CV-002635-AKH

                 Plaintiffs, : **APPEARANCE**

  - against - : **ELECTRONICALLY FILED**

ALAN KASMAN DBA KASCO, *et al.*,

                 Defendants.
-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.

Dated: New York, New York         DICKSTEIN SHAPIRO LLP
      June 26, 2008

                          By:    /s/ Judith R. Cohen
                                   _____
                                   Judith R. Cohen (JC-8614)
                                   1177 Avenue of the Americas
                                   New York, New York 10036
                                   Phone: (212) 277-6500
                                   Fax: (212) 277-6501

                                   *Attorney for Defendant*
                                   MERRILL LYNCH & CO., INC.